IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CAROL P. LYONS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL CASE NO. 2:23-cv-616-ECM |
| | ) | |
| WALMART, INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

On January 12, 2024, the Court was informed that a settlement has been reached in this case. (Doc. 29). Accordingly, it is

ORDERED that this case is DISMISSED with prejudice. Any party may, for good cause shown, reopen this action within sixty (60) days from the date of this Order. Costs are taxed as paid. It is further

ORDERED that all deadlines are terminated, and all motions are denied as moot.

DONE this 17th day of January, 2024.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE