IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CAROL P. LYONS, | ) |
|     Plaintiff, | ) ) ) |
| v. | )   CIVIL CASE NO. 2:23-cv-616-ECM ) |
| WALMART, INC., *et al.*, | ) ) |
|     Defendants. | ) |

**O R D E R**

Now pending before the Court is the parties' joint motion to amend the Court's January 17, 2024 order dismissing this case. (Doc. 31). On January 12, 2024, the Court was informed that a settlement has been reached in this case. (Doc. 29). The Court entered an order dismissing the case with prejudice, and indicated that any party may, for good cause, reopen this action within sixty days from the date of the order. (Doc. 30). The parties now request that the Court amend its order (doc. 30) to reflect the parties' agreement to dismiss the plaintiff's individual claims with prejudice and for each party to bear their own costs, and to dismiss the class claims without prejudice (doc. 31). Upon review of the parties' submission, and for good cause, it is

ORDERED that the parties' motion is GRANTED to the extent that the Court's January 17, 2024 order dismissing this case is AMENDED to reflect the following:

    1.    The Plaintiff's individual claims are DISMISSED with prejudice. Each party shall bear their own costs;

    2.    The class claims are DISMISSED without prejudice;

2

3.     Except to the extent of any conflict with the orders set forth herein, all other aspects of the Court's January 17, 2024 order dismissing this case (doc. 30) remain in effect.

DONE this 14th day of February, 2024.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE